JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

11/30/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MICHEL,<br><br>   Petitioner,<br><br>  v.<br><br>WARDEN STU SHERMEN,<br><br>   Respondent. | No. CV 15-4341-MWF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Entirely Unexhausted Habeas Petition,

IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice.

DATED: November 30, 2015

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE